UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80108-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,
    Plaintiff,

v.

ALFONSO DIAZ CARDENAS,
    Defendant.
_____/

### ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** come before the court upon the Report and Recommendation of a United States Magistrate Judge as to defendant's motion to dismiss the indictment, [DE 21]. Upon consideration of the Report and Recommendation and in accordance with *28 U.S.C. §636 (B)(1)(c)*, as no timely objections have been filed, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. The motion to dismiss the indictment, [DE 21], is **denied**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 28th day of November, 2007.

**copy furnished:**
U.S. Magistrate Judge Ann Vitunac
AUSA Ann Marie Villafana
AFPD Neison M. Marks

Daniel T. K. Hurley
United States District Judge

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts