**UNITED STATES DISTRICT COURT**
*SOUTHERN DISTRICT OF FLORIDA*

CASE NO. 07-80108-CR-HURLEY

**UNITED STATES OF AMERICA,**
    Plaintiff,

v.

**ALFONSO DIAZ CARDENAS,**
    Defendant.

_____/

**VERDICT**

**THE DEFENDANT** in the above captioned case, having previously been convicted of a sex offense, was tried by judge alone in the United States District Court, West Palm Beach, Florida, on February 4, 2008, and found guilty on March 28, 2008, of the offense alleged in the One-Count Indictment. For that reason, it is

**ORDERED** and **ADJUDGED** that:

The defendant is hereby adjudged to be guilty of the offense of failing to register as required by the Sex Offender Registration and Notification Act, in violation of Title 18, United States Code, Section 2250.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 28th day of March, 2008.

**copy furnished:**
AUSA Ann Marie Villafana
AFPD Neison M. Marks
U.S. Marshal Service
U.S. Probation Office

_____
Daniel T. K. Hurley
United States District Judge